Michael T. HEIDTKE, Relator,

v.

ZIMMERMAN SEED, Uninsured, Respondent,

and

Special Compensation Fund,

and

MN Department of Labor & Industry/VRU, Dr. Howard Abens, MN Department of Human Services, Intervenors.

No. C5–02–1380.

Supreme Court of Minnesota.

Nov. 19, 2002.

David R. Vail,· Soderberg & Vail, LLC, Minneapolis, for Michael Heidtke.

Janine Andreasen, Charles H. Thomas, Mankato, for Zimmerman Seed, Uninsured.

Mike Hatch, Atty. Gen., for Special Compensation Fund.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 15, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT

Sam Hanson

Sam Hanson

Associate Justice